IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LATORIA S. PAYNE
ADC #708525 PLAINTIFF

v. No. 3:14-cv-236-DPM-BD

DOES, Medical Staff at
Craighead County Detention Center DEFENDANTS

### ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 March 2015