IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LATORIA S. PAYNE
ADC #708525                                                                        PLAINTIFF

v.                              No. 3:14-cv-236-DPM

DOES, Medical Staff at
Craighead County Detention Center                                      DEFENDANTS

## JUDGMENT

Payne's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

23 March 2015